PHILLIP A. TALBERT
United States Attorney
PETER THOMPSON, HI 5890
Acting Regional Chief Counsel
ELIZABETH LANDGRAF
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (510) 970-4828
    Facsimile: (415) 744-0134
    Elizabeth.Landgraf@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOU YANG,<br><br> Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>        Defendant. | Case No. 1:22-cv-00592-EPG<br><br>ORDER RE: STIPULATION FOR EXTENSION OF TIME TO FILE ELECTRONIC CERTIFIED ADMINISTRATIVE RECORD<br><br>(ECF No. 10). |

    The parties stipulate through counsel that Defendant, the Acting Commissioner of Social Security (the "Commissioner"), shall have a 60-day extension of time to file the Electronic Certified Administrative Record (CAR), extending the date on which the CAR is due from August 18, 2022 to October 17, 2022.

    This is the first extension requested by Defendant to file the CAR. This extension is needed to allow the Social Security Administration's component responsible for production of the CAR for civil court actions to produce such a record for this case. Defendant apologizes to the Court for any inconvenience caused by this delay.

1  The parties further stipulate that the Court's Scheduling Order shall be modified
2  accordingly. This request is made in good faith and is not intended to delay the proceedings in
3  this matter.

4                                                        Respectfully submitted,

5  DATE: August 12, 2022             */s/ Jonathan Omar Pena*
6                                                        JONATHAN OMAR PENA
                                                       Attorney for Plaintiff
7                                                        (as approved via email)

8                                                        PHILLIP A. TALBERT
                                                       United States Attorney
9                                                        PETER THOMPSON
10                                                    Acting Regional Chief Counsel, Region IX
                                                  Social Security Administration
11

12  DATE: August 12, 2022       By    */s/ Elizabeth Landgraf*
                                                  ELIZABETH LANDGRAF
13                                               Special Assistant United States Attorney
                                              Attorneys for Defendant

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# **ORDER**

Pursuant to the parties' stipulation (ECF No. 10), IT IS ORDERED that Defendant shall have until October 17, 2022, to file the certified administrative record. All other deadlines in the Court's scheduling order are extended accordingly.

IT IS SO ORDERED.

Dated: __**August 16, 2022**__          /s/ Erica P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE