JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOU YANG,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:22-cv-00592-EPG<br><br>ORDER RE: STIPULATION FOR EXTENSION OF TIME<br><br>(ECF No. 14). |

　　　　IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 30-day extension of time, from January 2, 2023 to February 1, 2023, for Plaintiff to serve on defendant with Plaintiff's Motion for Summary Judgment.  All other dates in the Court's Scheduling Order shall be extended accordingly.

　　　　This is Plaintiff's second request for an extension of time.  Good cause exists for the requested extension. For the weeks of December 26, 2022 and January 2, 2023, Counsel currently has 16 merit briefs, and several letter briefs and reply briefs.  Additional time is needed to thoroughly brief this matter for the Court.

Counsel for Plaintiff is currently taking partial leave as his child was born on October 14, 2022. Thus, Counsel is working limited hours for the months of December 2022 and February 2023.  Lastly, Counsel for the Plaintiff has pre-planned Christmas vacation during the last two weeks of the year, with limited access to the computer.

Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: December 22, 2022    PENA & BROMBERG, ATTORNEYS AT LAW

By: */s/ Jonathan Omar Pena*
JONATHAN OMAR PENA
Attorneys for Plaintiff

Dated: December 22, 2022    PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation
Social Security Administration

By:  *\*/s/   Elizabeth Kathleen Yates Landgraf*
Elizabeth Kathleen Yates Landgraf
Special Assistant United States Attorney
Attorneys for Defendant
(*As authorized by email on Dec. 22, 2022)

**ORDER**

Based on the parties' stipulation (ECF No. 14), IT IS ORDERED that Plaintiff shall file Plaintiff's Motion for Summary Judgment by February 1, 2023. All other dates in the Court's Scheduling Order shall be extended accordingly.

IT IS SO ORDERED.

Dated:  **December 28, 2022**                    /s/ *Erica P. Grosjean*
                                                                  UNITED STATES MAGISTRATE JUDGE