1  PHILLIP A. TALBERT
   United States Attorney
2  MATHEW W. PILE, WSBA 32245
   Associate General Counsel
3  Office of Program Litigation, Office 7
   ELIZABETH LANDGRAF, CSBN 313184
4  Special Assistant United States Attorney
         Social Security Administration
5        6401 Security Boulevard
         Baltimore, MD 21235
6        Telephone: (510) 970-4828
         Facsimile: (415) 744-0134
7        Elizabeth.Landgraf@ssa.gov
   Attorneys for Defendant
8

9

10                    UNITED STATES DISTRICT COURT

11                   EASTERN DISTRICT OF CALIFORNIA

12

13  JOU YANG,                          No. 1:22-cv-00592-EPG

14            Plaintiff,
                                       ORDER: RE STIPULATION FOR A FIRST
15  v.                                 EXTENSION TO FILE DEFENDANT'S
                                       RESPONSE TO PLAINTIFF'S MOTION FOR
16                                     SUMMARY JUDGMENT
    KILOLO KIJAKAZI,
17  Acting Commissioner of Social Security,   (ECF No. 17).

            Defendant.
18

19

20
        The parties stipulate through counsel that the time for Defendant, the Acting
21
    Commissioner of Social Security (the "Commissioner"), to file her response to Plaintiff's Motion
22
    for Summary Judgment ("Motion") (ECF No. 16) be extended by forty-five (45) days, from
23
    March 17, 2023, up to and including May 1, 2023. This is Defendant's first request for an
24
    extension to respond to Plaintiff's Motion.
25
        Defendant needs more time because the undersigned attorney for Defendant currently has
26
    five district court briefs due between March 17, 2023, and March 31, 2023, in addition to the two
27
    briefs the undersigned attorney filed on March 15 and March 16, respectively (*i.e.*, the days
28

immediately preceding Defendant's deadline in this case). The undersigned attorney has been working diligently to meet her current deadlines, including disposing of three district court briefs during the one week preceding Defendant's deadline in this case, and has consequently not had sufficient time to devote to Defendant's brief in the present case. Accordingly, the Commissioner respectfully requests an extension of 45 days, until May 1, 2023, to respond to Plaintiff's Motion. This request is made in good faith with no intention to unduly delay the proceedings.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: March 16, 2023          By:     */s/ Jonathan Pena*
                                       JONATHAN PENA
                                       (as authorized by email)
                                       Attorney for Plaintiff

Dated: March 16, 2023                  STEPHANIE HINDS
                                       United States Attorney
                                       MATHEW W. PILE
                                       Associate General Counsel
                                       Office of Program Litigation, Office 7
                                       Social Security Administration

                               By:     */s/ Elizabeth Landgraf*
                                       ELIZABETH LANDGRAF
                                       Special Assistant United States Attorney

                                       Attorney for Defendant

1

**<u>ORDER</u>**

2

Pursuant to the parties' stipulation (ECF No. 17), IT IS ORDERED that Defendant shall

3

have an extension, up to and including May 1, 2023, to respond to Plaintiff's Motion for

4

Summary Judgment.

5

6

IT IS SO ORDERED.

7

Dated:    **March 17, 2023**                    /s/ *Erica P. Grosjean*

8

UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3