# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JOU YANG,**

        v.

**COMMISSIONER OF SOCIAL SECURITY,**

**JUDGMENT IN A CIVIL CASE**

CASE NO: **1:22–CV–00592–EPG**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

    **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 09/11/2023**

                              **Keith Holland**
                              Clerk of Court

ENTERED: **September 11, 2023**

                        by: /s/ C. Maldonado
                              Deputy Clerk